UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF OHIO ) | FILED |
| Plaintiff, ) | 2018 JUN -6 PM 3: 37 |
| ) | |
| vs. ) | Case No. CR-18-627238-A |
| Jeremy Joseph Reed ) | |
| Defendant(s), ) | 1:18 CV 1295 |
| Yirmeyahu Yoseyf Yisra'el ) | |
| Secured Party, Third Party of Interest ) | JUDGE NUGENT |
| ) | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

   **PLEASE TAKE NOTICE** that Defendant(s) Jeremy Joseph Reed hereby removes to this Court the State Court action described below.

   1. On or about (Date) an action was commenced by Plaintiff in the State of Ohio, **Northern District of Ohio, Cleveland, Sixth Circuit, Cuyahoga County**, entitled The People of the State of Ohio, vs. , Defendant(s), Case No. **CR-18-627238-A**

   2. Defendant was never served with summons, and never received a copy of Plaintiff's Complaint as a sworn testimony by oath. Pursuant to **28 U.S.C. § 14550** this notice has been timely filed.

1

3. All Exhibits incorporated by reference are as though filed as stated herein. Said Exhibits are as follows:
    A. Dred Scott Decision by Supreme Court Justice Taney
    B. Constitutional Challenge
    C. Notice of Injunction
    D. Testimony of Name Correction and Political Status
    E. Lawful Notice of Name Correction and Nationality
    F. Act of State-Declaration of Nationality
    G. Act of State-Primary Signature Certification
    H. Act of State-Reaffirmation of Dual Nationality
    I. Act of State-Primary Signature Certification
    J. Common Law Copyright and Trade Name Notice
    K. Legal Notice and Demand
    L. Legal Notice and Demand Definitions
    M. Acknowledgment – Power of Attorney
    N. Acknowledgment of Notary
    O. Security Agreement
    P. Attachment "A" Collateral/Property List

4. This action is a criminal action which this court has jurisdiction pursuant to the fact that the Defendant(s) are Stateless, not being State Citizens of the State of Ohio. This is supported by the Supreme Court decision *Dred Scott v. Sandford* issued on March 6, 1857. Delivered by Chief Justice Roger Taney. The Defendant(s) only form citizenship would be federal, that could only be considered by being 2nd class citizens based upon the 14th Amendment. Such citizenship only pertains to federal zones, territories, and not pertaining to individual State Citizenship not being based upon State Constitution.

5. Removal of the Plea and Case covers this:
    a. Personal and Subject matter Jurisdiction is challenged
    b. Defendant(s) are not Citizens of the State of Michigan
    c. A Plea was entered in against Defendant(s) consent
    d. The Claimant are not an injured Party
    e. The Claimant has not properly placed a claim before me. The Ohio Constitution guarantees that No Warrant to search any place or to seize any person or things shall issue without describing them, nor without probable cause, supported by oath or affirmation.
    f. The State of Ohio, County of, all lack standing to prosecute the Defendant(s)
    g. The Defendant(s) do not consent to being governed by "Special/Local Law". The Ohio Constitution guarantees that No Warrant to search any place or to seize any person or things shall issue without describing them, nor without probable cause, supported by oath or affirmation.
    h. The Defendant(s) are not the agent for any State Ens Legis called Jeremy Joseph Reed
    i. It is not the Defendant(s) intent to remain in the state of Ohio on a permanent

      basis as indicated by the resignation of agency form filed with the Secretary of State.

  j. The Defendant(s) have no intention of making the state of Ohio a permanent residence/domicile.

  k. A Constitutional Challenge to **2925.11.A, 4511.19.A(1)(A), 4511.19.A(1)(D)** and has been placed before all parties including the United States Attorney General, and Ohio Attorney General

  l. Defendant Jeremy Joseph Reed is a Stateless Natural Person

  m. Defendant(s) have not injured any party currently involved

  n. No Bond has been entered in this matter indemnifying parties from injury.

  o. The State of Ohio is attempting to compel the Defendant(s) Jeremy Joseph Reed to act as state citizens against their will, under duress.

  p. All Exhibits incorporated by reference are as though filed as stated herein.

6. All Defendant(s) have been served with summons and petition have joined in this notice of removal, as evidenced of Defendant(s) Jeremy Joseph Reed, filed herewith.

    **WHEREFORE**, Defendant(s) Jeremy Joseph Reed prays that this action be removed to the United States District Court for the District of Ohio.

    By: _Jeremy J. Reed_ UCC 1-308
    Defendant (Jeremy Joseph Reed)

**CERTIFICATE OF SERVICE**

3

**UNITED STATES DISTRICT COURT**
**NORTHERN** DISTRICT OF OHIO

I hereby certify that on June 6, 2018, I filed the above document(s) with the Clerk of the Court using in person, and will send notice of such filing to all Plaintiffs listed, Cuyahoga County Municipal Court, and additionally, served a copy to the Judge Steven E. Gall at the following address:

1200 Ontario St, Cleveland, OH 44113

_____
Address of the court

*(Jeremy Joseph Reed)* - Defendant   UCC 1-308

4